# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| AZURE NETWORKS LLC<br><br>　　　　Plaintiff,<br>　v.<br>ACER AMERICA CORPORATION, *ET AL.*,<br><br>　　　　Defendants. | CIVIL ACTION NO. 6:15-CV-00018 |
| AZURE NETWORKS LLC<br><br>　　　　Plaintiff,<br>　v.<br>MEDIATEK INC., *ET AL.*,<br><br>　　　　Defendants. | CIVIL ACTION NO. 6:15-CV-00037 |

## ORDER OF DISMISSAL WITH PREJUDICE

On this day, Plaintiff Azure Networks, LLC ("Plaintiff") and Defendants and Counterclaim-Plaintiffs MediaTek Inc. and MediaTek USA, Inc. (collectively "MediaTek") announced to the Court that they have resolved Plaintiff's claims for relief against MediaTek asserted in the above-captioned cases and MediaTek's claims, defenses and/or counterclaims for relief against Plaintiff asserted in the above-captioned cases. Plaintiff and MediaTek have therefore requested that the Court dismiss Plaintiff's claims for relief against MediaTek with prejudice and MediaTek's claims, defenses and/or counterclaims for relief against Plaintiff without prejudice, and with all attorneys' fees, costs and expenses taxed against the party incurring same. The Court, having considered this request, is of the opinion that their request for dismissal should be granted. It is, therefore,

ORDERED that Plaintiff's claims for relief against MediaTek are dismissed with prejudice and MediaTek's claims, defenses and/or counterclaims for relief against Plaintiff are dismissed without prejudice. It is further,

ORDERED that all attorneys' fees, costs of court and expenses shall be borne by each party incurring the same.

**SIGNED this 21st day of August, 2015.**

_Robert W Schroeder III_
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE